NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARRISON REES,                          )
                                        )
      Appellant,                        )
                                        )
v.                                      )       Case No. 2D17-4450
                                        )
NICOSIA CONSULTING INTERNATIONAL,)
LLC,                                    )
                                        )
      Appellee.                         )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

David P. Fraser and Jason Allen Shepelrich
of Holmes Fraser, P.A., Naples, for
Appellant.

Kristen M. Fiore of Akerman LLP,
Tallahassee (withdrew after briefing);
Christopher S. Duke of Akerman LLP,
West Palm Beach (withdrew after briefing);
and Jenny Torres of Akerman LLP, Miami
(withdrew after briefing), for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., LUCAS, J., and LENDERMAN, JOHN C., ASSOCIATE SENIOR
JUDGE, Concur.